98

# IN THE MATTER OF ANTOINE DEQUINDRE, AN ABSENT JUROR

## 1807

### JOURNAL ENTRIES

1. Order for attachment . . . . . . . . *Journal, infra,* \*p. 89
2. Cause shown; excused . . . . . . . . . . " 119

### PAPERS IN FILE

[None]